**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**GERELYN BARTA, ET AL**                                                                      **PLAINTIFFS**

**4:09CV00080-WRW**

**WYETH PHARMACEUTICALS, INC., ET AL**                                        **DEFENDANTS**

## ORDER

On February 3, 2009, the United States District Court for the District of North Dakota transmitted the above-mentioned case to be made part of MDL-1507, pursuant to Conditional Transfer Order No. 155 and the case was opened in the Eastern District of Arkansas and assigned Case No. 4:09CV00080. After opening the case, it was discovered that this case was previously transferred to the Eastern District of Arkansas on September 19, 2008, pursuant to Conditional Transfer Order No. 146. Since this case was already transferred and made part of MDL-1507 and assigned Case No. 4:08CV02830, a duplicate record exists.

Accordingly, the Clerk is directed to administratively close Case No. 4:09CV00080 and notify the parties of this action.

IT IS SO ORDERED this 5th day of February, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE